In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the LLOYDS INSURANCE COMPANY OF AMERICA.

FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LLOYDS INSURANCE COMPANY OF AMERICA, Respondent.

Argued January 4, 1939; decided January 18, 1939.

*Stewart Maurice* for appellant.

*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.